IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                    )  Case No. 5:19-03042 (RNO)
                                          )
RICHARD JOSEPH ELLER                      )  Chapter 13
                                          )
MARY ELIZABETH ELLER                      )
                                          )
                                          )  **OBJECTION TO CONFIRMATION**
                                          )
                                          )
                                          )

AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), a secured creditor of the Debtors, objects to the Debtors' plan for the following reasons:

A. The Debtors' proposed cramdown value of $1,317.00 for the **2010 Dodge Grand Caravan** is too low. The Debtors filed their petition in July 2019. The vehicle has an average retail value of $7,575.00 as per the NADA Official Used Car Guide, July 2019 edition. In accordance with §506(a)(2), the replacement value of the vehicle is the full retail value. The Debtors must pay $7,575.00 plus interest, in order to adequately protect GM Financial for any risk of loss.

B. The proposed interest rate of 5% is too low. GM Financial is entitled to be paid the prime rate of interest plus an increase for risk of loss. In Re Till. The prime interest rate at the time of the Debtors' filing was 5.5%. GM Financial objects to the Debtors' plan unless the Debtors pay an interest rate of 7.5% on the $7,575.00 over the life of the plan (60 months) in order to adequately protect GM Financial for any risk of loss.

C. The plan as proposed also violates §1326(a)(1) since it does not provide for payment to GM Financial of adequate protection payments. Adequate protection payments

should be made to GM Financial beginning in August of 2019 at $75.00 per month, being 1.0% of the vehicle value. Payments should be made within thirty (30) days of filing and should continue up to <u>and after confirmation</u>, until regular payments are to be commenced through the plan to GM Financial. Adequate protection payments to GM Financial should be given super priority administrative expense status and in all events must be paid prior to payment of any counsel fees to Debtors' attorney.

D. GM Financial must retain its lien on the vehicle until such time that the Debtors complete their chapter 13 plan and receive a discharge.

/s/ William E. Craig
William E Craig, attorney for
AmeriCredit Financial Services, Inc.
dba GM Financial

Dated: 8/23/19