| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | RICHARD JOSEPH ELLER |
| Debtor 2 (Spouse, if filing) | MARY ELIZABETH ELLER FKA MARY BARTON |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case Number | 5:19-03042 RNO |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5

**Court claim no. (if known):** 11

**Last 4 digits** of any number you use to identify the debtor's account: 6947

**Date of payment change:** 10/01/2020
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any     $1,252.12

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: The 'current escrow payment' in the attached Escrow Statement will not match the previously filed NOPC or POC as this escrow payment is based off the contractual due date.
   The current escrow payment included in this Notice of Payment Change is based off the previously filed court record. This will not have any impact on the borrower.

   **Current escrow payment:** $711.59     **New escrow payment:** $701.46

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %
   **Current principal and interest payment:** _____     **New principal and interest payment:** _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

**3.**
- ☒ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** _____     **New mortgage payment:** _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Mario J. Hanyon, Esquire     Date: July 31, 2020
Signature

Print: Mario J. Hanyon, Esq., Id. No.203993     Title: Attorney
      First Name   Middle Name   Last Name

Company: Phelan Hallinan Diamond & Jones, LLP

Address: 1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone: 215-563-7000     Email: mario.hanyon@phelanhallinan.com